CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>DARNELE NELSON,<br><br>           Defendant. | Case No: 2:20-cr-00195-APG-EJY<br><br>**Stipulation to Continue<br>Deadline for Government's Response to<br>Defendant's Motion to Dismiss Indictment** (ECF 28) **and Motion to Suppress** (ECF 29).<br><br> (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Defendant DARNELE NELSON, that the deadline for Government's Response to Defendant's Motion to Dismiss Indictment (ECF 28) and Motion to Suppress (ECF 29), currently set for Thursday, August 26, 2021, be vacated and continued for two weeks, up to and including Thursday, September 9, 2021.

This stipulation is entered into for the following reasons:

1.     AUSA Mina Chang has recently been assigned responsibility as second chair in this case. AUSA Chang needs additional time to review the discovery and pleadings in this case

so that she can assist in drafting the government's responses to the defendant's pending motion to dismiss and motion to suppress, (ECF 28 and 29), and assist in any evidentiary hearings that the Court may order arising therefrom.

2. Government counsel needs an additional two weeks, up to and including Thursday, September 9, 2021, to complete its research, draft, and finalize appropriate responses to defendant's motions (ECF 28 and 29). Nelson's motions, if granted, would be dispositive of the matter and the government should be allowed sufficient time to file appropriate responses.

3. Nelson is not in custody and does not object to the continuance.

4. Trial is set for January 3, 2022 and will not be negatively impacted by this brief extension of time to file the government's responses.

5. The parties agree to the extension of time.

6. The requested two-week extension of time will not unduly prejudice the defendant and is not sought for purposes of mere delay, but to provide the government the necessary time to file appropriate responses. For the reasons stated above, the ends of justice would best be served by a continuance of the deadlines.

7. Additionally, denial of this request for continuance of the deadlines could result in a miscarriage of justice.

8. This is the second request for a continuance of the deadlines to file the responses as set forth herein.

DATED this 20th day of August, 2021.

|  | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ Todd M. Leventhal, Esq.<br>Todd M. Leventhal, Esq.<br>Counsel for Defendant Nelson | /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

DARNELE NELSON,

          Defendant.

Case No: 2:20-cr-00195-APG-EJY

**Findings of Fact, Conclusions of Law, and Order**

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

This stipulation is entered into for the following reasons:

1. AUSA Mina Chang has recently been assigned responsibility as second chair in this case. AUSA Chang needs additional time to review the discovery and pleadings in this case so that she can assist in drafting the government's responses to the defendant's pending motion to dismiss and motion to suppress, (ECF 28 and 29), and assist in any evidentiary hearings that the Court may order arising therefrom.

2. Government counsel needs an additional two weeks, up to and including Thursday, September 9, 2021, to complete its research, draft, and finalize appropriate responses to defendant's motions (ECF 28 and 29).  Nelson's motions, if granted, would be dispositive of the matter and the government should be allowed sufficient time to file appropriate responses.

3. Nelson is not in custody and does not object to the continuance.

4. Trial is set for January 3, 2022 and will not be negatively impacted by this brief

extension of time to file the government's responses.

5. The parties agree to the extension of time.

6. The requested two-week extension of time will not unduly prejudice the defendant and is not sought for purposes of mere delay, but to provide the government the necessary time to file appropriate responses. For the reasons stated above, the ends of justice would best be served by a continuance of the deadlines.

7. Additionally, denial of this request for continuance of the deadlines could result in a miscarriage of justice.

8. This is the second request for a continuance of the deadlines to file the responses as set forth herein.

## CONCLUSIONS OF LAW

Based on the parties' stipulation and agreement to allow the government additional time to file its responses and for good cause shown, the extensions of time is granted.

## ORDER

IT IS THEREFORE ORDERED that the deadline for Government's Response to Defendant's motions, currently scheduled for August 26, 2021, be vacated and continued to September 9, 2021.

DATED this 20th day of August, 2021.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2