UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00195-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DARNELE NELSON, | |
| Defendant. | |

Before the Court is Defendant's Motion for Consideration. ECF No. 72. Defendant is represented by counsel (ECF No. 13) and, therefore, may not file motions except through such counsel. U.S. District Court District of Nevada Local Rule IA 11-6(a) states: "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." *See also United States v. Anderson*, Case No. 2:16-CR-0305-KJD-VCF, 2020 WL 2308087, at \*1 (D. Nev. May 8, 2020) (denying defendant's "fugitive filing" under the Local Rules).

IT IS HEREBY ORDERED that Defendant's Motion for Consideration (ECF No. 72) is DENIED without prejudice.

Dated this 14th day of December, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1