# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs<br><br>v.<br><br>DARNELE NELSON,<br><br>Defendant | Case No.: 2:20-cr-00195-APG-EJY<br><br>**Order Granting Motions for Reconsideration and Reinstating Motion for Consideration**<br><br>[ECF Nos. 76, 80] |

I HEREBY ORDER that defendant's motion to reconsider (ECF No. 76) and motion to alter or amend (ECF No. 80) are GRANTED.

I FURTHER ORDER that the court's December 14, 2023 order (ECF No. 74) is RESCINDED.

I FURTHER ORDER that defendant's motion for consideration (ECF No. 72) is hereby REINSTATED.

I FURTHER ORDER that the Federal Public Defender is presumptively appointed to represent Darnele Nelson for the purposes of his motion for consideration (ECF No. 72) and shall screen that motion as described in General Order 2023-09.

DATED this 17th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE