# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00195-APG-EJY |
|---|---|
| Plaintiff | **Order for Government to Respond to Defendant's Motion for Sentence Reduction** |
| v. | |
| DARNELE NELSON, | [ECF No. 88] |
| Defendant | |

I previously denied defendant Darnele Nelson's motion for a sentence reduction that was based upon the recalculation of his criminal history points. ECF No. 86.  On August 15, 2024, Nelson filed a new motion for a sentence reduction based upon the Supreme Court's rulings in *Bruen*, *Heller*, and *Rahimi*, and the Ninth Circuit's ruling in *Duarte*.  The United States has not responded to that motion.

I THEREFORE ORDER the United States to file a response to Nelson's motion by September 25, 2024.

DATED this 11th day of September, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE