UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>DARNELE NELSON,<br><br>    Defendant | Case No.: 2:20-cr-00195-APG-EJY<br><br>**Order Denying Defendant's Motion for Sentence Reduction**<br><br>[ECF No. 88] |

Defendant Darnele Nelson filed a pro se motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). ECF No. 88.  The United States opposes the motion and contends it should be construed as a motion under 28 U.S.C. § 2255 because it challenges Nelson's conviction and sentence. ECF Nos. 90, 92.  Out of an abundance of caution and in deference to Nelson's reference in the motion to § 3582(c), I will not construe his motion as one under § 2255, in order to avoid the potential negative consequences to Nelson's ability to file a later § 2255 motion.

The compassionate release statute 18 U.S.C. § 3582(c) authorizes courts to reduce a defendant's prison term only "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier . . . ." 18 U.S.C. § 3582(c)(1)(A).  Nelson has not shown that he has exhausted his administrative remedies through the Bureau of Prisons.  Therefore, his motion is procedurally barred.  And even if I consider the merits of the motion, Nelson has not presented "extraordinary and compelling reasons" to justify relief, as is required under 18 U.S.C. § 3582(c)(1)(A)(i).  I therefore deny Nelson's motion for a reduction of his sentence.

Nelson may be able to request relief through a habeas petition under 28 U.S.C. § 2255. The Government does not believe such a motion would be successful (ECF No. 92 at 2 n.1), and I take no position on that at this time. But he does not qualify for relief under 18 U.S.C. § 3582(c) so I must deny the motion.

I THEREFORE ORDER that Nelson's motion for reduced sentence **(ECF No. 88) is denied**.

DATED this 25th day of September, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE